FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00782-BNB

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

ARISTEDES ZAVARAS,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

---

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fort Lyon, Colorado, correctional facility. Mr. Green has submitted to the Court *pro se* a letter to the Honorable Edward W. Nottingham, Chief Judge, and John Suthers, attorney general for the state of Colorado and a motion titled "Motion for Special Court Order to Declare That Any Relevant Statute of Limitations Involving the U.S. Constitution Claims and Issues That the Plaintiff Will Be Eventually Filing in His Massive # [sic] 1983 Civil Rights Complaint in This United States District Court Is Indefinitely Suspended and the Two Year Statute of Limitations Will Not Apply for the Plaintiff's Humongous # [sic] 1983 Civil Rights Complaint of More Than One Hundred and Sixty Typed Pages and More Than Three Hundred Seperately [sic]-Numbered Paragraphs With Separate [sic]

Factual Claims and Allegations." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in ***Green v. Price***, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a ***Pro Se*** Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a ***Pro Se*** Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motion titled "Motion for Special Court Order to Declare That Any Relevant Statute of Limitations Involving the U.S. Constitution Claims and Issues That the Plaintiff Will Be Eventually Filing in His Massive # [sic] 1983 Civil Rights Complaint in This United States District Court Is Indefinitely Suspended and the Two Year Statute of Limitations Will Not Apply for the Plaintiff's Humongous # [sic] 1983 Civil Rights Complaint of More Than One Hundred and Sixty Typed Pages and More Than Three Hundred Seperately [sic]-Numbered Paragraphs With Separate [sic]

Factual Claims and Allegations" is denied as moot.

DATED at Denver, Colorado, this 15 day of April, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-CV-00782

Clovis Carl Green, Jr.
Reg. No. 69277
Fort Lyons Correctional Facility
PO Box 1000
Fort Lyons, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-17-08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk